UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BAIT PRODUCTIONS PTY LTD.,

    Plaintiff,

                                        CASE NO.:

v.

DOES 1-36,

    Defendants.
_____/

**PLAINTIFF BAIT PRODUCTIONS PTY LTD.'S RULE 7.1 DISCLOSURE**

    Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff, Bait Productions Pty Ltd., hereby states that it is an Australian company, has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:  October 31, 2012                Respectfully submitted,

                                              s/ Richard E. Fee
                                              Richard E. Fee
                                              Florida Bar No. 813680
                                              IP ENFORCEMENT LAW GROUP P.A.
                                              1227 N. Franklin Street
                                              Tampa, Florida 33602
                                              (813) 490-6050
                                              (813) 490-6051 (Facsimile)
                                              rfee@ipenforcementlaw.com

                                              Trial Counsel for Plaintiff,
                                              Bait Productions Pty Ltd.